# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

CITY AND COUNTY OF DENVER,

    Plaintiff,

v.

VIRACON, LLC,

    Defendant.

## COMPLAINT AND JURY DEMAND

Plaintiff the City and County of Denver (the "City") hereby states its Complaint against Defendant Viracon, LLC (f/k/a Viracon, Inc.) ("Viracon) as follows:

## PRELIMINARY STATEMENT

The City owns the Westin Hotel at Denver International Airport (the "Westin Hotel"), a distinctive wing-shaped building offering panoramic views of the Colorado front range from its floor-to-ceiling windows. Viracon manufactured the Westin Hotel's insulated glass units ("IGUs"), which consist of two glass panes bonded together and sealed around the edges to prevent water from intruding into the airspace between them. Viracon warranted the IGUs against defects resulting in water intrusion due to failure of the seals. The City made a timely claim under Viracon's warranty after unsightly spots appeared in the windows of the Westin Hotel, but Viracon failed to honor its warranty obligations. The City therefore seeks damages from Viracon arising from its breaches of contract and warranty.

1

Case No. 1:25-cv-00527-RMR-NRN    Document 1    filed 02/18/25    USDC Colorado    pg 2 of 5


## PARTIES

1. The City is a home rule municipal corporation established and organized pursuant to Colo. Const. art. XX.

2. Viracon is a Minnesota limited liability corporation with its principal place of business at 4400 West 78th Street, Suite 520, Minneapolis, Minnesota 55435.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this matter under 28 U.S.C. § 1332 as the parties are of diverse citizenship and the amount in controversy exceeds $75,000.00.

4. This Court has specific jurisdiction over Viracon under C.R.S. § 13-1-124 and Fed.R.Civ.P. 4(k)(1)(A) because Viracon sold IGUs for ultimate use at the Westin Hotel in Colorado and otherwise purposefully directed its activities toward the state of Colorado as alleged herein.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391, because a substantial part of the events giving rise to the City's claims have occurred in this judicial district.

## FACTUAL ALLEGATIONS

6. The City owns the Westin Hotel located at 8300 Peña Boulevard, Denver Colorado 80249.

7. The City constructed the Westin Hotel as part of its DIA South Terminal Project (the "Project"), from 2013 through 2015.

8. Harmon, Inc. ("Harmon"), a subcontractor on the Project, installed a custom glass curtain wall system for the Westin Hotel.

9. Harmon purchased IGUs from Viracon for installation at the Westin Hotel.

10. Viracon knew that Harmon purchased the IGUs for installation at the Westin Hotel.

11. Viracon issued a Standard Ten-Year Limited Warranty (the "Warranty") warranting the IGUs for a period of ten years from the date of manufacture against "defective materials or workmanship which result in fogging or moisture residue formation on internal glass surfaces due to failure of the insulating glass seal."

12. Harmon assigned the Warranty to the City on or about February 24, 2016,

13. The Warranty provided that Viracon would replace defective IGUs without charge or, at Viracon's option, refund the purchase price of the IGUs.

14. In 2020, the City discovered suspected mold forming inside the IGUs and immediately notified Viracon.

15. On or about October 5, 2022, Viracon performed an inspection of the IGUs at the Westin Hotel.

16. On or about October 12, 2022, Viracon notified the City that Viracon was denying the claim under the Warranty based on its inspection.

17. Viracon wrongfully denied the City's claim because the IGUs were and are defective within the meaning of the Warranty.

18. Viracon breached the Warranty by wrongfully refusing to either deliver replacement IGUs to the Westin Hotel or refund the price of the IGUs to the City.

## COUNT 1
## BREACH OF CONTRACT

19. The City incorporates paragraphs 1 through 17 by reference as if restated in full.

20. Viracon entered into a contract with Harmon for the purchase of IGUs.

21. Harmon substantially performed its obligations under the contract by paying for the IGUs.

22. Viracon breached the contract by failing to honor its Warranty for the IGUs.

23. Harmon lawfully assigned its rights under the Warranty to the City.

24. As a result of Viracon's breach of contract, the City has and will incur damages, in an amount to be proven at trial.

## COUNT 2
## BREACH OF WARRANTY

25. The City incorporates paragraphs 1 through 17 by reference as if restated in full.

26. Viracon manufactured and sold IGUs for the Westin Hotel.

27. Viracon expressly warranted the IGUs against defective materials or workmanship which result in fogging or moisture residue formation on internal glass surfaces due to failure of the insulating glass seal.

28. The City was reasonably expected to use, consume, or be affected by the IGUs at the Westin Hotel.

29. The IGUs were not as warranted.

30. Within a reasonable time after the City discovered the breach of warranty, the City notified Viracon of such breach.

31. Viracon failed to either replace the defective IGUs or refund the purchase price of the IGUs.

32. As a result of Viracon's breach of warranty, the City has and will incur damages, in an amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, the City prays for a judgment against Viracon, as the facts may appear, and as set forth above, as follows:

A.   For an award of compensatory money damages against Viracon in an amount to be proved at trial;

B.   For post-judgment interest on the principal sums awarded at the legal rate permitted under applicable law; and

C.   For such other and further legal and equitable relief that the Court deems just and appropriate.

## JURY DEMAND

The City demands a trial by jury of all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Dated: February 18, 2025

KUTAK ROCK LLP

*s/ Tiffanie D. Stasiak*
Tiffanie D. Stasiak, #21535
Lisa M. Saccomano, #45105
2001 16th Street, Suite 1800
Denver, CO 80202
Phone: 303-292-2400
Tiffanie.stasiak@kutkarock.com
Lisa.saccomano@kutakrock.com

*Attorneys for Plaintiff City and County Of Denver*