# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00527-RMR-NRN

CITY AND COUNTY OF DENVER,

    Plaintiff,

v.

VIRACON, LLC,

    Defendant.

## JOINT MOTION FOR ENTRY OF PROTECTIVE AND CONFIDENTIALITY ORDER

    Pursuant to Pursuant to Fed. R. Civ. P. 26(c), Plaintiff, City and County of Denver, and Defendant, Viracon, LLC (collectively, the "Parties"), jointly move this Court for entry of the attached proposed Protective and Confidentiality Order ("Protective Order"). In support, the Parties respectfully state:

    1.    In the course of discovery in this action, the Parties expect to request documents and other responses to discovery that the Parties believe likely would involve the disclosure of confidential information, including, but not limited to, Viracon proprietary or trade secret information.

    2.    As a result, the Parties respectfully request that certain restrictions be imposed by the Court on the use of confidential information as set forth in the proposed Protective Order.

    3.    The Parties stipulate and agree to the provisions contained in the attached proposed Protective Order.

172606757.1

**WHEREFORE,** the Parties respectfully request that the Court enter the proposed Protective and Confidentiality Order, together with such other and further relief as the Court deems just and proper.

Respectfully submitted this 27th day of May, 2025.

/s/ *Lisa M. Saccomano*
Tiffanie D. Stasiak, Atty. No. 21535
Lisa M. Saccomano, Atty. No. 45105
KUTAK ROCK LLP
2001 16th Street, Suite 1800
Denver, Colorado 80202
Telephone: (303) 292-2400
tiffanie.stasiak@kutakrock.com
lisa.saccomano@kutakrock.com
*Attorneys for Plaintiff City and County of Denver*

/s/ *Spencer L. Sears*
Spencer L. Sears, Atty. No. 34234
Katelyn B. Cramp, Atty. No. 60116
FOX ROTHSCHILD LLP
1225 17th Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 292-1200
ssears@foxrothschild.com
kcramp@foxrothschild.com
*Attorneys for Defendant Viracon, LLC*

2

172606757.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2025, I electronically filed the foregoing **JOINT MOTION FOR ENTRY OF PROTECTIVE AND CONFIDENTIALITY ORDER** with the Court's CM/ECF system, which will serve a copy of the same electronically to the following:

Tiffanie D. Stasiak
Lisa M. Saccomano
KUTAK ROCK LLP
2001 16th Street, Suite 1800
Denver, CO 80202

*/s/ Rhonda A. Hanshe*

172606757.1